IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 15 PM 12: 22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MELODY WINTERS,

    Plaintiff,

VS.

NO. 04-2003-MaP

JOHN W. SNOW,
Secretary, Dept. of the Treasury,

    Defendant.

---

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

---

This matter is hereby referred to Magistrate Judge Tu Pham for a settlement conference at a time to be determined by the magistrate judge.

It is so ORDERED this 15th day of June, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-15-05

(36)

Case 2:04-cv-02003-SHM-tmp   Document 36   Filed 06/15/05   Page 2 of 2    PageID 50

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02003 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Melody A. E. Winters
3237 Spencer Dr.
Memphis, TN 38115

Honorable Samuel Mays
US DISTRICT COURT