IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 22 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MELODY A.E. WINTERS, ) | |
| Plaintiff, ) | |
| vs. ) | Civ. No. 04-2003-Ma/P |
| JOHN W. SNOW, et al., ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

Before the court is plaintiff's Motion for Continuance of Settlement Conference, filed July 18, 2005 (dkt #40). For good cause shown and the defendants having no opposition to continue the settlement conference, the motion is GRANTED. The settlement conference is **reset** to **Wednesday, August 17, 2005, at 9:30 a.m.** Counsel shall submit no later than **close of business, Friday, August 12, 2005,** an *in camera* statement setting forth their respective positions concerning all issues involved in the case, including the rationale for such positions. Such statements shall be for purposes of Judge Pham's review only and solely for use in this settlement conference.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

July 22, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __7-25-05__

41

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02003 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Melody A. E. Winters
3237 Spencer Dr.
Memphis, TN 38115

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT