IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MELODY A. WINTER,

    Plaintiff,

vs.

Civ. No. <u>04-2003-Ma/P</u>

JOHN SNOW,

    Defendant.

**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND GRANTING DEFENDANT'S MOTION TO EXTEND THE DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF DEPOSING THE PLAINTIFF**

Before the court is plaintiff's Motion for Extension of Time to Complete Discovery, filed December 2, 2005 (Dkt #42) and defendant's Motion to Extend the Discovery Deadline for the Limited Purpose of Deposing the Plaintiff, filed December 13. Plaintiff is requesting an additional sixty (60) days in which to give a deposition. Defendant is requesting an extension of time to depose plaintiff until December 29, 2005. For good cause shown, Defendant's Motion to Extend the Discovery Deadline for the Limited Purpose of Deposing plaintiff until December 29, 2005 is GRANTED, and plaintiff's Motion for Extension of Time to Complete Discovery is DENIED.

The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_December 19, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02003 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Melody A. E. Winters
3237 Spencer Dr.
Memphis, TN 38115

Honorable Samuel Mays
US DISTRICT COURT